# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-3369
_____

Raul Velasquez Ruiz, Jr.

*Plaintiff - Appellant*

v.

Snodgrass, Officer of Clinton Police Department; Ross Barlow, Clinton County
A.D.A.; Gorden Miller, Retired IDPS/DCI/SOR; Clinton County, Iowa; Polk
County, Iowa; Clinton, Iowa; Des Moines, Iowa

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: February 4, 2014
Filed: March 4, 2014
[Unpublished]

_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Raul Ruiz appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 case. After carefully reviewing the record, see Kaden v. Slykhuis, 651 F.3d 966, 968 (8th Cir. 2011) (per curiam) (de novo review of preservice dismissal), we find no basis for reversal. Accordingly, we affirm, see 8th Cir. R. 47B, and deny Ruiz's motion for appointment of counsel.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.